UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, | Case No. 22-cv-08931-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA LLC, | |
| Defendant. | |

A case management conference was held on March 21, 2023. Having considered the parties' proposals, *see* Dkt. No. 8, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 22, 2023 |
| Close of Fact Discovery | August 18, 2023 |
| Exchange of Opening Expert Reports | September 1, 2023 |
| Exchange of Rebuttal Expert Reports | September 18, 2023 |
| Close of Expert Discovery | October 2, 2023 |
| Dispositive Motion Hearing Deadline | November 16, 2023, at 2:00 p.m. |
| Pretrial Conference | February 13, 2024, at 3:00 p.m. |
| Bench Trial (2 days) | February 26, 2024, at 8:30 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/7/2023

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge